# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

144828

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

JACQUETTA DANTZLER,
        Plaintiff-Appellant,

v

KATHLEEN ELLIOTT and JP MORGAN
CHASE BANK,
        Defendants-Appellees.

SC: 144828
COA: 301141
Genesee CC: 09-092544-CZ

_____/

On order of the Court, the application for leave to appeal the December 15, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012                    _____
                                                Clerk

s0716